# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JENNIFER ROSE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIV-11-1058-R |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security** | ) |
| **Administration,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of the final decision of the Defendant Commissioner. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Gary M. Purcell for preliminary review. On July 17, 2012, Judge Purcell issued a Report and Recommendation, wherein he recommended that the decision of the Commissioner be affirmed. The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed nor has she sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby adopted in its entirety, the decision of the Commissioner is hereby AFFIRMED. Judgment shall be entered accordingly.

IT IS SO ORDERED this 8th day of August, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE